1  DAVID M. HELBRAUN (SBN 129840)
   **HELBRAUN LAW FIRM**
2  351 California Street, Suite 900
   San Francisco, California 94104
3  Telephone: (415) 982-4000
   Facsimile: (415) 352-0988
4
   Attorneys for Plaintiff
5  BRENT OLIVIER

6
                    UNITED STATES DISTRICT COURT
7
                    NORTHERN DISTRICT OF CALIFORNIA
8

9  BRENT OLIVIER,                    )   Case No. C08-04338 CW
                                     )
10              Plaintiff,           )   STIPULATION AND [PROPOSED]
   v.                                )   ORDER RE CONTINUANCE OF CASE
11                                   )   MANAGEMENT CONFERENCE TO
   CITY AND COUNTY OF SAN            )   FEBRUARY 10, 2009
12 FRANCISCO, a municipal entity,    )
   SAN FRANCISCO POLICE              )
13 DEPARTMENT, POLICE OFFICER        )
   DERRICK R. JACKSON, POLICE        )
14 OFFICER PARKER, and DOES 1-100,   )
   Jointly and Severally,            )
15                                   )
                Defendants.           )
16                                   )
                                     )

17

18         WHEREAS, lead defense trial counsel Robert A. Bonta of the San Francisco City

19 Attorney's Office will be on paternity leave of absence from December 18, 2008 to January 20,

20 2009, and

21         WHEREAS plaintiff counsel David M. Helbraun has pre-purchased tickets to be

22 out of state from December 22, 2008 through December 29, 2008,

23         IT IS HEREBY STIPULATED AND AGREED by and between counsel for all

24 parties that good cause exists for the December 23, 2008 Case Management Conference in this

25 matter to be continued to Tuesday, February 10, 2009 at 2:00 p.m., and all related Case

26 Management Conference deadlines in the previously issued Order Setting Initial Case

27 Management Conference And ADR Deadlines be similarly continued to comparable dates no

28 ///

---

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE          1

1  earlier than January 20, 2009.

2            **IT IS SO STIPULATED.**

3  DATED: December 2, 2008      HELBRAUN LAW FIRM

4

5                                                   /S/
                                      DAVID M. HELBRAUN
                                      Attorneys for Plaintiff

6                                        BRENT OLIVIER

7  DATED: December 2, 2008      OFFICE OF THE CITY ATTORNEY

8

9                                        By:     /S/
                                      ROBERT A. BONTA
                                      Attorneys for Defendants

10                                       CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE OFFICER DERRICK

11                                       JACKSON, SAN FRANCISCO POLICE OFFICER BARRY PARKER

12

13           **IT IS SO ORDERED.**

14 DATED: December 9, 2008

15                                         */s/ Claudia Wilken*

16                                       HONORABLE CLAUDIA WILKEN
                                      JUDGE OF THE U.S. DISTRICT COURT

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE         2