**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT OLIVIER,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY & COUNTY OF SAN FRANCISCO,<br>et al.,<br><br>    Defendants.<br>_____/ | No. C-08-04338 CW (EDL)<br><br>NOTICE OF CONTINUANCE<br><u>OF SETTLEMENT CONFERENCE</u> |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for May 6, 2009 in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued until **May 22, 2009 at 9:30 a.m**.

On or before May 11, 2009, the parties shall submit directly to the Magistrate Jude a Confidential Settlement Conference Statement which shall **not** be filed with the Clerk of the Court or served upon the parties . All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect.

The parties shall notify Magistrate Judge Laporte's chambers immediately if this case settles prior to the date set for settlement conference.

Dated: March 17, 2009

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge