DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
ROBERT A. BONTA, State Bar #202668
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4268
Facsimile:     (415) 554-3837
E-Mail:        robert.bonta@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
SAN FRANCISCO POLICE OFFICER DERRICK
JACKSON, SAN FRANCISCO POLICE OFFICER
BARRY PARKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT OLIVIER,<br><br>         Plaintiff,<br><br>     vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity, SAN FRANCISCO POLICE DEPARTMENT, POLICE OFFICER DERRICK R. JACKSON, POLICE OFFICER PARKER, and DOES 1-100, jointly and severally,<br><br>         Defendants. | Case No. 08-CV-04338-CW<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINES FOR DISCLOSURE OF EXPERTS, DISCLOSURE OF REBUTTAL EXPERTS, AND EXPERT DISCOVERY**<br><br>Trial Date:      July 19, 2010<br>Action Filed:   September 16, 2008 |

The undersigned parties, through counsel, STIPULATE and AGREE and jointly request

modification of the Court's February 19, 2009 Case Management Order as follows:

Disclosure of Identities and Reports of Expert Witnesses (retained and non-retained):  Friday,

February 12, 2010 (from Tuesday, December 15, 2009)

Disclosure of Identities and Reports of Rebuttal Expert Witnesses:  Friday, February 26, 2010 (from Wednesday, January 21, 2010)

Expert Discovery Cutoff:  Tuesday, March 10, 2010 (from Friday, February 19, 2010)

All other dates, including the trial date, will remain the same.

The parties make this request based on the following circumstances:

1.      The parties currently have a continued settlement conference scheduled with Magistrate Judge Edward Chen on December 17, 2009.

2.      Avoiding the costs associated with expert discovery will facilitate settlement negotiations.

3.      The parties request continuations of the specified pretrial deadlines as set forth above.

4.      There have been no other modifications to the portions of the Case Management order that this stipulation seeks to modify.  No other dates will be affected by the requested changes.

STIP & [PROPOSED] ORDER CONTINUING
EXPERT DISCOVERY DEADLINES
USDC CASE NO.  08-cv-04338-CW (OAK)

**SIGNATURE PAGE TO STIPULATION AND [PROPOSED] ORDER TO CONTINUE**

**DEADLINES FOR DISCLOSURE OF EXPERTS, DISCLOSURE OF REBUTTAL**

**EXPERTS, AND EXPERT DISCOVERY**

STIPULATED AND AGREED:

Dated:  November 30, 2009

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
ROBERT BONTA
Deputy City Attorney

By:_____/s/_____
ROBERT BONTA
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
HEATHER FONG, DERRICK
JACKSON, AND BARRY PARKER

Dated:  November 30, 2009

HELBRAUN LAW FIRM

By:_____/s/_____
DAVID M. HELBRAUN
Attorneys for Plaintiff
BRENT OLIVIER

**ORDER**

Pursuant to stipulation, and for good cause appearing, IT IS ORDERED that the pre-trial deadlines be continued as follows:

Disclosure of Identities and Reports of Expert Witnesses (retained and non-retained):  Friday, February 12, 2010

Disclosure of Identities and Reports of Rebuttal Expert Witnesses:  Friday, February 26, 2010

Expert Discovery Cutoff:  Tuesday, March 10, 2010

All other dates, including the trial date, will remain the same.

12/1/09

DATED:_____

_____
Hon. Claudia Wilken
U.S. District Judge