DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
ROBERT A. BONTA, State Bar #202668
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4268
Facsimile:     (415) 554-3837
E-Mail:        robert.bonta@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
SAN FRANCISCO POLICE OFFICER DERRICK
JACKSON, SAN FRANCISCO POLICE OFFICER
BARRY PARKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT OLIVIER,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity, SAN FRANCISCO POLICE DEPARTMENT, POLICE OFFICER DERRICK R. JACKSON, POLICE OFFICER PARKER, and DOES 1-100, jointly and severally,<br><br>        Defendants. | Case No. 08-CV-04338-CW<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Trial Date:        Not Set<br>Action Filed: September 16, 2008 |

1  The undersigned parties, being all the parties who have appeared in this action, STIPULATE
2  pursuant to Federal Rule of Civil Procedure 41(a), that the action on behalf of plaintiff Brent Olivier
3  against City And County Of San Francisco, San Francisco Police Department, Police Officer Derrick
4  R. Jackson, and Police Officer Barry Parker is DISMISSED WITH PREJUDICE.  It is further
5  STIPULATED that plaintiff and defendants shall each bear their own costs and attorneys' fees.

**IT IS SO STIPULATED.**

Dated:

By:_____
    DAVID M. HELBRAUN
    Attorney for Plaintiff
    BRENT OLIVIER

Dated: _____    DENNIS J. HERRERA
    City Attorney
    JOANNE HOEPER
    Chief Trial Attorney
    ROBERT A. BONTA
    Deputy City Attorney

By:_____
    ROBERT A. BONTA
    Deputy City Attorney

    Attorneys for Defendants
    CITY AND COUNTY OF SAN FRANCISCO,
    SAN FRANCISCO POLICE OFFICER DERRICK
    JACKSON, SAN FRANCISCO POLICE OFFICER
    BARRY PARKER

**IT IS SO ORDERED.**

Dated: 2/23/10

By:_____
    HON. CLAUDIA WILKEN